**Order entered July 28, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-01491-CV

### RICHARDSON EAST BAPTIST CHURCH, Appellant

### V.

### PHILADELPHIA INDEMNITY INSURANCE COMPANY AND JAMES GREENHAW, Appellees

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13868**

## ORDER

We **GRANT** appellant's motion for leave to file amended brief and **ORDER** the amended reply brief tendered to the Clerk of the Court July 17, 2015 filed as of the date of this order.

/s/     CRAIG STODDART
        JUSTICE